THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Mark D. Celani                      CASE No. 09-61647
                                               Chapter 7
                                               Honorable Steven W. Rhodes

                 Debtor(s)          /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $.56 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| PRC Receivables Management, LLC | 4 | $62.72 |

                         **TOTAL**                        **$62.72**

Dated: October 14, 2010                 /s/ Kenneth A. Nathan
                                                     Kenneth A. Nathan, Trustee
                                                     260 Franklin Center
                                                    29100 Northwestern Highway
                                                   Southfield, MI 48034
                                                   (248) 351-0099
                                                   knathantrustee@nathanzousmer.com